UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Securities and Exchange Commission :
V. : Civil Action
Robert A. Berlacher, et al. : No: 07-3800-MG

DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, Northwood Capital Partners, L.P., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

April 7, 2009                           John D. Huh (JDH 7378)
Date                                    Signature

                    Counsel for:  Defendant, Northwood Capital Partners, L.P.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

American LegalNet, Inc.
www.FormsWorkflow.com