**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| : | |
| v. : | No. 07-3800 |
| : | |
| : | |
| ROBERT A. BERLACHER, <u>et</u> <u>al</u>., : | |
| Defendants. : | |

---

## ORDER

   **AND NOW,** this 13th day of September, 2010, after a bench trial and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that judgment is entered in favor of Plaintiff and against Defendants on the fraud counts for the Radyne and IDWK transactions. **IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants and against Plaintiff on the insider trading count and the fraud counts for the Hollywood and SmithMicro transactions.

   **IT IS FURTHER ORDERED** that Defendants are jointly and severally liable for disgorgement in the amount of $352,363.68, representing profits gained [losses avoided] as a result of the conduct alleged in the complaint regarding the Radyne and IDWK transactions. Defendants shall satisfy this obligation by paying said amount within thirty days after entry of this judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Defendants as Defendants in this action; setting forth the title and civil action number of this action

and the name of this Court; and specifying that payment is made pursuant to this judgment.

Defendants shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

The Clerk of Court is directed to mark this case closed.


**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**