# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | **Civil Action** |
| | : | |
| v. | : | **No. 07-3800** |
| | : | |
| ROBERT A. BERLACHER, et al., | : | |
| Defendants. | : | |

## Order

**AND NOW**, this 14th day of February, 2012, upon consideration of the Applicants' "Amended Motion for Fees & Costs Under the Equal Access to Justice Act" (Doc. No. 124), and the SEC's response thereto (Doc. No. 126), and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Applicants' motion is **DENIED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**